(Slip Opinion)     Cite as: 563 U. S. ____ (2011)     1

Per Curiam

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

No. 09–11556

JOSE TOLENTINO, PETITIONER *v.* NEW YORK

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS OF NEW YORK

[March 29, 2011]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*